SHARON L. NELSON
Nevada Bar No. 6433
NICHOLAS L. HAMILTON
Nevada Bar No. 10893
NELSON LAW
8670 W. Cheyenne, Suite 120
Las Vegas, Nevada  89129
Telephone: (702) 247-4529
Facsimile:  (702) 737-4529
snelson@nelsonlawlv.com
nhamilton@nelsonlawlv.com
Attorneys for Plaintiff
Carrie M. Brown

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE M. BROWN,<br><br>            Plaintiff<br><br>v.<br><br>MAXIM HEATHCARE SERVICES, INC.<br><br>            Defendants. | Case No:   2:08-cv-01652-JCM-LRL<br><br>**STIPULATION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Carrie M. Brown and Defendant Maxim Healthcare Services, Inc., through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this <u>22nd</u> day of April, 2011.

NELSON LAW

 /s/ Nicholas L. Hamilton 
Sharon L. Nelson, Bar No. 6433
Nicholas L. Hamilton, Bar No. 10893
8670 West Cheyenne Avenue, Ste. 120
Las Vegas, Nevada 89129
Attorneys for Plaintiff
Carrie M. Brown

FORD & HARRISON LLP

 /s/ Dinita L. James 
DINITA L. JAMES
2525 East Camelback Rd., Suite 450
Phoenix, AZ  85016
Attorneys for Defendant
Maxim Healthcare Services, Inc.

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

DATED this 27th day of April, 2011.

*[signature]*
U.S. District Judge